**John ANDERSON, Appellant, v. STATE, Appellee.**

**No. 24769.**

Court of Criminal Appeals of Texas.

March 29, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of the offense of burglary and assessed a penalty of confinement in the state penitentiary for life.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing said appeal. The motion is granted and the appeal is ordered dismissed.